UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JAMES ALLEN ZOW, SR., and )
VERONICA D. ZOW, )
 )
       Plaintiffs, )
v. ) Case No. CV410-306
 )
REGIONS FINANCIAL CORPORATION, )
D/B/A *Regions Mortgage*; MORTGAGE )
ELECTRONIC REGISTRATION )
SYSTEM, INC.; MERSCORP, INC.; and )
SHAPIRO & SWERTFEGER, LLP, )
 )
 )
       Defendants. )

# ORDER

Plaintiffs' state foreclosure action was removed to this Court on December 28, 2010. (Doc. 1.) According to defendants, the only motion pending at the time of removal was plaintiffs' motion for imposition of sanctions against Shapiro & Swertfeger, LLP. (Doc. 1-15.) Should plaintiffs wish to proceed with that motion, they must formally refile it so that it appears on the Court's docket. They are advised, however, that state procedural rules have no application here. *See* 32A Am. Jur. 2d *Federal Courts* § 1457 (2010) ("Essentially, a removed action proceeds as if it had originally been brought in the federal court.

However, federal rather than state law governs the future course of the proceedings regardless of state court orders issued prior to removal." (footnotes omitted)). Accordingly, the motion must be filed in accordance with federal procedural rules.

**SO ORDERED** this  18th  day of January, 2011.

/s/ *JRSmith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA