UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION



FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2011 FEB 16 AM 11: 13

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| JAMES ALLEN ZOW, SR. and VERONICA D. ZOW, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. CV410-306 |
| REGIONS FINANCIAL CORPORATION, *doing business as* Regions Mortgage; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.; MERSCORP, Inc.; and SHAPIRO & SWERTFEGER, LLP, ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 16th day of Feb., 2011.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA